Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HERMAN MILLER, INC.,

   Plaintiff,

 - against -

M/V EVER UNIFIC etc., et al.

   Defendants.
------------------------------------------------------------X

07 Civ. 7046

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, HERMAN MILLER, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

HERMAN MILLER, INC. is a publicly traded company.

Dated: New York, New York
  August 2, 2007

          CASEY & BARNETT, LLC
          Attorneys for Plaintiff

    By: _/s/ Martin F. Casey_
          Martin F. Casey (MFC-1415)
          317 Madison Avenue, 21st Floor
          New York, New York 10017
          (212) 286-0225