9013/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendant*
EVERGREEN MARINE CORP. (TAIWAN) LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMAN MILLER, INC.,<br><br>                                    Plaintiff,<br><br>- against -<br><br>M/V EVER UNIFIC, her tackles, boilers, engines, etc.; EAGLE MARITIME SERVICES INC. t/a EGL OCEAN LINE; EVERGREEN MARINE CORP.; EVERGREEN MARINE GROUP and EVERGREEN INTERNATIONAL CORP.<br><br>                                    Defendants. | 07 CV 7046 (Judge Rakoff)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for EVERGREEN MARINE CORPORATION (TAIWAN) LTD. certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: New York, New York
       September 11, 2007

                                    CICHANOWICZ, CALLAN, KEANE,
                                    VENGROW & TEXTOR, LLP
                                    61 Broadway, Suite 3000
                                    New York, New York 10006
                                    *Attorneys of Defendant*
                                    EVERGREEN MARINE CORP. (Taiwan) LTD.

                            By:     s/ Paul M. Keane
                                    Paul M. Keane (PMK-5934)