```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HERMAN MILLER, INC.,                :
                                    :
            Plaintiffs,             :   07 Civ. 7046 (JSR)
                                    :   07 Civ. 7975 (JSR)
       -v-                          :
                                    :        ORDER
M/V EVER UNIFIC, et al.,            :
                                    :
            Defendants.             :
------------------------------------x
------------------------------------x
TARGET STORES, a division of TARGET :
CORPORATION, and DOMESTIC           :
CORPORATION,                        :
                                    :
            Plaintiffs,             :
                                    :
       -v-                          :
                                    :
EVERGREEN AMERICA CORPORATION, et   :
al.,                                :
                                    :
            Defendants.             :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On consent of the parties, <u>see</u> transcript, 10/9/07, <u>Target Stores, a division of Target Corp., and Domestic Corp. v. Evergreen America Corp. et al.</u>, 07 Civ. 7975 (JSR) is hereby consolidated with <u>Herman Miller, Inc. v. M/V Ever Unific et al.</u>, 07 Civ. 7046 (JSR). Accordingly, the case management plan entered today will govern both actions.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 9, 2007