5234ANSWER/5234KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Thomas M. Grasso (TG3737)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0080
Telecopier:  Attorneys for Defendant
EAGLE MARITIME SERVICES, INC. t/a
EAGLE OCEAN LINE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMAN MILLER, INC. )<br>)<br>Plaintiff, )<br>)<br>- v. - )<br>)<br>M/V EVER UNIFIC, her tackle, )<br>boilers, engines, etc; EAGLE )<br>MARITIME SERVICES, INC. t/a EGL )<br>OCEAN LINE; EVERGREEN MARINE CORP.; )<br>EVERGREEN MARINE GROUP and EVERGREEN )<br>INTERNATIONAL CORP., )<br>)<br>Defendants. )<br>) | 07 Civ. 7046 (JSR)<br><br>RULE 7.1 STATEMENT<br>OF DEFENDANT EAGLE<br>MARITIME SERVICES, INC.<br>t/a EGL OCEAN LINE |

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned attorney of record for defendant EAGLE MARITIME SERVICES, INC. t/a EGL OCEAN LINE certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

                            EGL, Inc.

1

```
Dated:  New York, New York      KENNEDY LILLIS SCHMIDT & ENGLISH
        October 12, 2007        Attorneys for Defendant EAGLE
                                MARITIME SERVICES, INC. t/a EGL
                                OCEAN LINE,


                          By:_____s/_____
                             Thomas M. Grasso   (TG 3737)
                             75 Maiden Lane, Suite 402
                             New York, New York  10038
                             Tel.:  212-430-0800
                             File:  5234
```

2