UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMAN MILLER, INC.

                    Plaintiff,
- against –

M/V EVER UNIFIC, et. al.,

                    Defendants.
-----------------------------------------------------------------
-----------------------------------------------------------------
TARGET STORES, a division of
TARGET CORPORATION, and DOMETIC
CORPORATION

                    Plaintiffs,

- against-

EVERGREEN AMERICA CORPORATION, et. al.

                    Defendants.

**ECF CASE**

**07 CV 7046 (JSR)**
**07 CV 7975 (JSR)**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-14-08

Upon the motion of Barry N. Gutterman, attorney for Defendant Christal Lines, Inc. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Joel H. Steiner, Esq. |
| Firm Name: | Axelrod, Goodman, Steiner & Bazelon |
| Address: | 39 South La Salle Street, Suite 920 |
| City/State/Zip | Chicago, Illinois 60603 |
| Phone Number: | (312) 236-9375 |
| Fax Number: | (312) 236-2877 (fax) |
| Email Address: | jhs1@att.net |

Is admitted to practice pro hac vice counsel for Defendant Christal Lines, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject t the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to

the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyds.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 13, 2008
       New York, New York

 

_____
United States District Judge

CHR2803.Motion.Pro Hac Vice Steiner.Order Admission

2

STATE OF NEW YORK     )
                      :   ss.:
COUNTY OF NEW YORK   )

Judd Hollander, affirms and says, that deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

That on the 12th day of February, 2009 deponent served the within **MOTION FOR ADMISSION PRO HAC VICE upon**:

Kipp C. Leland, Esq. (KL 0932)
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, New York 10006

Martin F. Casey, Esq.
Casey & Bennett, LLC
317 Madison Avenue, 2nd Floor
New York, New York 10017

Thomas Michael Grasso, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane
New York, New York 10038

Paul M. Keane, Esq.
Chichanowicz, Callan, Keane,
Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802

by depositing a true copy thereof in a post-paid wrapper, via regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York addressed to each of the foregoing persons at the last known address set forth after each name.

_____
Judd Hollander