

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMAN MILLER, INC.<br><br>           Plaintiff,<br><br>- against –<br><br>M/V EVER UNIFIC, et. al.,<br><br>           Defendants.<br>------------------------------------------------------------<br>------------------------------------------------------------<br>TARGET STORES, a division of<br>TARGET CORPORATION, and DOMETIC<br>CORPORATION<br><br>           Plaintiffs,<br><br>- against-<br><br>EVERGREEN AMERICA CORPORATION, et. al.<br><br>           Defendants. | ECF CASE<br><br>07 CV 7046 (JSR)<br>07 CV 7975 (JSR)<br><br>MOTION TO ADMIT<br>COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Barry N. Gutterman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Joel Steiner, Esq. |
| Firm Name: | Axelrod, Goodman, Steiner & Bazelon |
| Address: | 39 South La Salle Street, Suite 920 |
| City: | Chicago |
| State: | Illinois |
| Zip Code: | 60603 |
| Phone Number: | (312) 236-9375 |
| Fax Number: | (312) 236-2877 (fax) |

Joel Steiner is a member in good standing of the Bar of the State(s) of Illinois. Illinois Bar #: 2720108.

There are no pending disciplinary proceedings against Joel Steiner in any State or Federal court.

Dated: February 11, 2008
      New York, New York


Respectfully submitted,

_____
Barry N. Gutterman
SDNY Bar #:         BG 6410
Firm Name:        Barry N. Gutterman & Associates, P.C.
Address:          60 East 42nd Street, 46th Floor
City:               New York
State:             New York
Zip Code:         10165
Phone Number:   (212) 983-1466
Fax Number:      (212) 983-1229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMAN MILLER, INC.

                        Plaintiff,

- against –

M/V EVER UNIFIC, et. al.,

                        Defendants.

-----------------------------------------------------------------
-----------------------------------------------------------------

TARGET STORES, a division of
TARGET CORPORATION, and DOMETIC
CORPORATION

                        Plaintiffs,

- against-

EVERGREEN AMERICA CORPORATION, et. al.

                        Defendants.

**ECF CASE**

**07 CV 7046 (JSR)**
**07 CV 7975 (JSR)**

**AFFIDAVIT OF BARRY GUTTERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York   )
                            ) ss:
County of New York )

      Barry N. Gutterman, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendant Christal Lines, Inc. ("Christal") in the above captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Christal's motion to admit Joel Steiner as counsel pro hac vice to represent Christal in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in August 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in

good standing with this Court.

3. I have known Joel Steiner since 1975.

4. Mr. Steiner is a partner in the firm of Axelrod, Goodman, Steiner & Bazelon, Chicago, Illinois.

5. I have found Mr. Steiner to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Joel Steiner, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Joel Steiner pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joel Steiner pro hac vice to represent Defendant Christal Lines, Inc. in the above-captioned matter be granted.

Dated February 11, 2008
New York, New York

Sworn to before me on this
__ date of February, 2008

JACQUES LOUIS DEBNUT
Notary Public, State of New York
Qualified in New York County
Certificate Filed in New York County
Commission Expires __/__/____

Respectfully submitted,

Barry N. Gutterman
SDNY Bar Code: BG 6410

CHR2803.Motion.Pro Hac Vice Steiner.Gutterman Affidavit

2

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Joel Henry Steiner

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 15, 1971 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, February 04, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMAN MILLER, INC.

                          Plaintiff,

- against –

M/V EVER UNIFIC, et. al.,

                         Defendants.

--------------------------------------------------------------
--------------------------------------------------------------

TARGET STORES, a division of
TARGET CORPORATION, and DOMETIC
CORPORATION

                        Plaintiffs,

- against-

EVERGREEN AMERICA CORPORATION, et. al.

                        Defendants.

**ECF CASE**

**07 CV 7046 (JSR)**
**07 CV 7975 (JSR)**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Barry N. Gutterman, attorney for Defendant Christal Lines, Inc. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Joel H. Steiner, Esq. |
| Firm Name: | Axelrod, Goodman, Steiner & Bazelon |
| Address: | 39 South La Salle Street, Suite 920 |
| City/State/Zip | Chicago, Illinois 60603 |
| Phone Number: | (312) 236-9375 |
| Fax Number: | (312) 236-2877 (fax) |
| Email Address: | jhs1@att.net |

Is admitted to practice pro hac vice counsel for Defendant Christal Lines, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject t the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to

2

the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyds.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February ___, 2008
      New York, New York

                                        _____
                                        United States District Judge

CHR2803.Motion.Pro Hac Vice.Steiner.Order Admission

STATE OF NEW YORK      )
                       :    ss.:
COUNTY OF NEW YORK     )

    Judd Hollander, affirms and says, that deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

    That on the 12th day of February, 2009 deponent served the within **MOTION FOR ADMISSION PRO HAC VICE upon**:

    Kipp C. Leland, Esq. (KL 0932)
    Hill Rivkins & Hayden LLP
    45 Broadway, Suite 1500
    New York, New York 10006

    Martin F. Casey, Esq.
    Casey & Bennett, LLC
    317 Madison Avenue, 2nd Floor
    New York, New York 10017

    Thomas Michael Grasso, Esq.
    Kennedy Lillis Schmidt & English
    75 Maiden Lane
    New York, New York 10038

    Paul M. Keane, Esq.
    Chichanowicz, Callan, Keane,
    Vengrow & Textor, LLP
    61 Broadway, Suite 3000
    New York, New York 10006-2802

by depositing a true copy thereof in a post-paid wrapper, via regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York addressed to each of the foregoing persons at the last known address set forth after each name.

                                  _____
                                  Judd Hollander