UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
EVERGREEN OUTDOORS INC.,              :
                                      :
            Plaintiff,                :
                                      :    08 Civ. 0920 (JSR)
      -v-                             :
                                      :    ORDER
EVERGREEN AMERICA CORPORATION et al., :
                                      :
            Defendants.               :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   On consent of the parties, the above-captioned case is hereby consolidated with Herman Miller, Inc. v. M/V Ever Unific et al., 07 Civ. 7046 (JSR). Accordingly, the case management plan entered in Herman Miller, Inc. will govern Evergreen Outdoors Inc. v. Evergreen America Corp. et al. as well.

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-08